In re Jerry Irwin HOCHMAN, Debtor.

UNITED STATES of America,
Plaintiff–Appellee,

v.

Jerry Irwin HOCHMAN,
Defendant–Appellant.

No. 87–8744
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Sept. 6, 1988.

Jonathan I. Sbar, Atlanta, Ga., for cross-appellant.

Myles E. Eastwood, Asst. U.S. Atty., Atlanta, Ga., for cross-appellee.

Before TJOFLAT, HILL and FAY,
Circuit Judges.

PER CURIAM:

The judgment appealed is AFFIRMED for the reasons stated by the district court in its Order of July 23, 1987, reported at 89 B.R. 250.